IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| GLORIA NEWTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 7:06cv00231 |
| ) | |
| DT MANAGEMENT, INC., ) | |
| ) | |
| and ) | |
| ) | |
| HILTON HOTELS CORPORATION, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## NOTICE OF HEARING ON
## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

COMES NOW Defendants, DT Management, Inc. and Hilton Hotels Corporation, by and through counsel, Bonner Kiernan Trebach & Crociata, LLC, and respectfully requests that this Honorable Court please take notice of a hearing on Defendants' Motion for Summary Judgment on October 18, 2006 at 10:00 a.m. before the Honorable Samuel G. Wilson in the United States District Court for the Western District of Virginia, Roanoke Division.

Respectfully submitted,

**BONNER KIERNAN TREBACH & CROCIATA, LLP**

_____/s/_____
Heather S. Deane, Esq., #41895
1233 20th Street, N.W., 8th Floor
Washington, DC 20036
(202) 712-7000
(202) 712-7100 (Facsimile)
**Counsel for Defendants**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Notice of Hearing on Defendants' Motion for Summary Judgment, was served, via the Court's electronic filing system, this 16th day of October, 2006, upon:

H. Keith Moore
Cranwell Moore & Emick
P.O. Box 11804
Roanoke, Virginia 24022
Counsel for Plaintiff

                                                /s/
                                        Heather S. Deane